IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02450-BNB

DEAN ROSS DENTON, Reg. No. 108801,

    Plaintiff,
v.

DR. CARY SHAMES,
DR. ORVILLE NEUFELD,
JOE ORTEZ [sic], Head of (D.O.C.),
PENDING,
PENDING,
PENDING, and
PENDING, as Named and To Be Amended,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's motion for clarification submitted to and filed with the Court on January 9, 2007, is DENIED as moot. On January 4, 2007, the Court granted Plaintiff's motion for extension of time submitted to and filed with the Court on January 3, 2007.

Dated: January 11, 2007

A copy of this Minute Order mailed on January 11, 2007, to the following:

Dean Ross Denton
Prisoner No. 108801
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

_____
Secretary/Deputy Clerk