IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02450-BNB

DEAN ROSS DENTON, Reg. No. 108801,

    Plaintiff,

v.

DR. CARY SHAMES,
DR. ORVILLE NEUFELD,
JOE ORTEZ [sic], Head of (D.O.C.),
PENDING,
PENDING,
PENDING, and
PENDING, as Named and To Be Amended,

    Defendants.




FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion titled "Motion Requesting Clarification That the Amended Claim Packet Was Received by the Honorable Court Under Time Delays Between Motions and Actual Orders by Magistrate Judge Byod [sic] N. Boland" that Plaintiff Dean Ross Denton submitted to and filed with the Court on February 27, 2007. The motion is practically unintelligible, will not be addressed, and therefore is DENIED. Moreover, the motion was submitted the day after Mr. Denton was ordered to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and that alleges each Defendant's personal participation in the asserted claims.

    If Mr. Denton thinks the amended complaint submitted on February 27, 2007, complies with the February 6, 2007, order for an amended complaint, he must simply and concisely inform the Court that he wants the Court to consider his February 27 amended complaint as the amended complaint he was directed on February 6 to file within thirty days. Otherwise, Mr. Denton is directed to submit **within thirty (30) days from the date of the February 6 order** an amended complaint that complies with the

February 6 order. Failure to comply with the directives of the February 6 order and this minute order will result in the dismissal of the instant action.

Dated: February 28, 2007

A copy of this Minute Order mailed on February 28, 2007, to the following:

Dean Ross Denton
Prisoner No. 108801
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

_____
Secretary/Deputy Clerk